# In United States District Court
## For the District of Delaware

UNITED STATES OF AMERICA

v.

____Jermane Vessels____,
Defendant

Criminal Complaint

CASE NUMBER: 07- 240M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 30, 2007, in the District of Delaware, Defendant Jermane Vessels, did knowingly possess in and affecting interstate commerce, a firearm, after having been convicted on or about July 2, 2001, of a crime punishable by imprisonment for a term exceeding one year, in violation of Title ____18____ United States Code, Section(s) _922(g)(1) and 924(a)(2)_ and further state that I am a(n) Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

**See attached Affidavit**

Continued on the attached sheet and made a part hereof:  Yes

FILED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Veronica M. Hnat
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__11-30-07__ at  Wilmington, DE
Date              City and State

_Beatrice A. Freel, Justice of The Peace_   _Neal_
Name & Title of Judicial Officer              Signature of Judicial Officer

I, Veronica M. Hnat, being duly sworn, state as follows:

1. I am a Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed for over eighteen years. During that time, my duties have included the investigation of firearms offenses at both the State and Federal levels. Your Affiant is currently assigned to the Operation Disarm Task Force and has been so assigned since October, 2003. During the course of your affiant's law enforcement career, your affiant has received law enforcement training on the investigation of firearms offenses on over fifty occasions. Your affiant has participated in over one hundred investigations of firearms offenses and participated in the seizure of over fifty firearms. You Affiant has also had over one hundred conversations with police officers and Federal agents about the facts and circumstances of firearms offenses. Your Affiant has been employed as a law enforcement officer in various capacities since 1989.

2. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge.

3. The seizure of all the below stated evidence occurred on November 30, 2007, in the City of Wilmington, State and District of Delaware, as stated to me by Wilmington Police Officers who have personal knowledge of the stated facts.

4. On November 30, 2007, at approximately 1954 hours, Wilmington Police were on patrol and stopped a vehicle in the 1600 block of West 5th Street, in the city of Wilmington, New Castle County, State of Delaware that was driving the wrong way on a one way street. When the vehicle came to a stop, the back seat passenger, later identified as Jermane Vessels, ("the defendant" here on), ███████████, opened the back passenger door, directly behind the driver, and fled on foot.

5. A short foot pursuit ensued and the defendant was tackled in the 1600 block of West 4th Street by Wilmington Police. During the tackle, the Officer observed the defendant throw an object across the street. Another Officer observed the defendant toss the object and saw that it was a firearm. That Officer recovered the firearm that the defendant tossed and saw that it was a Beretta, .25 caliber firearm, serial number 42158C, loaded with eight rounds in the magazine.

6. The defendant was transported to the Wilmington Police Department, he was read his Miranda Warnings and agreed to speak to the Officers. The defendant told the Officers that he had the gun for protection.

7. Your affiant reviewed the computer criminal history information for the defendant from the Delaware Justice Information System and learned that the defendant has a prior felony conviction and was found guilty of Maintaining a Vehicle for Keeping a Controlled Substance, on or about 07/02/2001, in the Superior Court of Delaware, New Castle County, which is a crime punishable by imprisonment for a term exceeding one year.

8. From you affiant's training and experience, and from prior discussions with ATF Agents who are expertly trained and experienced in determining the interstate nexus of firearms, your affiant knows that the above mentioned firearm was manufactured in a state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate commerce.

9. Based upon your affiant's training and experience, your affiant submits that there is probable cause to believe that the above-mentioned seized firearm contained the frame and receiver of a firearm, and that the firearm appeared to be capable of expelling a projectile by action of an explosive.

10. Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. 922(g) and 924(a)(2) by possessing in and affecting interstate commerce a firearm, after having previously been convicted of a felony and respectfully requests that the Court issue a Criminal Complaint charging that offense.

_Veronica M. Hnat_
Veronica M. Hnat
Special Agent, ATF

Sworn to and subscribed in my presence
This 30th day of November, 2007

_____
Justice of the Peace Court 20 Magistrate Judge