**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07-165 |
| | ) |
| JERMANE VESSELS, | ) **REDACTED** |
| | ) |
| Defendant. | ) |
| | ) |

**FILED**

DEC − 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about November 30, 2007, in the State and District of Delaware, JERMANE VESSELS, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Beretta .25 caliber firearm, serial number 42158C, and after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of the offense, including but not limited to the following:

1. the .25 caliber Beretta firearm with serial number 42158C.

2. the magazine containing eight (8) rounds of ammunition.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Martin E. Meltzer
Special Assistant United States Attorney

Dated: December 4, 2007