# Peter A. Levin

Attorney at Law

1927 Hamilton Street
Philadelphia, PA 19130
(215) 563-3454
Fax (215) 563-3371

811 Church Road
Suite 105
Cherry Hill, N.J. 08002

January 30, 2008

Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building, Fourth Floor
844 North King Street
Wilmington, DE 19801

RE: USA v. Jermane Vessels  07-165-SLR

Dear Chief Judge Robinson:

    I enclose herewith a courtesy copy of the Defendant's Motion to Suppress in the above matter.

    The original has been filed with the Clerk of the Court.

Respectfully yours,

Peter A. Levin

cc. Martin Meltzer , , Esquire
Assistant United States Attorney