IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-165-SLR |
| ) | |
| JERMANE VESSELS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 4th day of February, 2008,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, February 19, 2008** at **8:30 a.m.**, with the court initiating said call.

                                                       _____
                                                            United States District Judge