IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-165-SLR |
| JERMANE VESSELS, | : |
| Defendant. | : |

**MOTION TO DISMISS INDICTMENT**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer Special Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the Indictment, without prejudice, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer
Martin C. Meltzer
Sp. Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED: February 19, 2008

IT IS SO ORDERED this_____day of_____, 2008.

_____
Honorable Sue L. Robinson
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-165-SLR |
| JERMANE VESSELS, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney for the District of Delaware, hereby certify that on the 19th day of February 2008, I caused to be electronically filed **Motion to Dismiss Indictment** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice were sent via U.S. mail, postage prepaid, to the attorney of record as follows:

Peter Levin, Esquire
1927 Hamilt5on Street
Philadelphia, Pa 19130

_____
Sherry Kaminski